IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPRING MEADOW FARM OF JOHNSTON COUNTY, INC., a North Carolina corporation, WHITLEY STEPHENSON and JANET STEPHENSON, individuals, d/b/a SANDY RIDGE PORK,<br><br>Plaintiffs,<br><br>vs.<br><br>AGRI STRATEGIES, INC., a Nebraska corporation, and JEFFREY CARL RAMOLD, an individual,<br><br>Defendants,<br><br>and<br><br>AGRI STRATEGIES, INC., a Nebraska corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>NGP, LLC, an Iowa limited liability company, and HOBERMAN FARMS, LLC, an Iowa limited liability company,<br><br>Third-Party Defendants. | CIVIL ACTION NO. 8:17-cv-54<br><br><br><br>ORDER |

This matter is before the Court on the Stipulation to Dismiss Plaintiffs' Complaint [Filing No. 1] with Prejudice filed by Plaintiffs Spring Meadow Farm of Johnston County, Inc., Whitley Stephenson and Janet Stephenson d/b/a Sandy Ridge Pork, and Defendants Agri Strategies, Inc., and Jeffrey Carl Ramold. Pursuant to that Stipulation [Filing No. 81], Plaintiffs' claims against those Defendants will be dismissed.

**IT IS ORDERED:**

1. The Plaintiffs' Complaint [Filing No. 1] is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

2. Agri Strategies, Inc.'s claims against Third Party Defendants Hoberman Farms, L.L.C. or NGP, LLC [Filing No. 73] or any counterclaims asserted by the Third Party Defendants are unaffected by this Order.

Dated this 12th day of September, 2017.

BY THE COURT:

    s/ Joseph F. Bataillon
Joseph F. Bataillon
Senior United States District Judge