IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGRI STRATEGIES, INC. a Nebraska Corporation,<br><br>   Third-Party Plaintiff,<br><br>vs.<br><br>NGP, LLC, an Iowa Limited Liability Company, and HOBERMAN FARMS, L.L.C., an Iowa Limited Liability Company<br><br>   Third-Party Defendants. | Civil Action No: 8:17-CV-54<br><br>**ORDER FOR DISMISSAL** |

Upon review of the joint motion for dismissal by AGRI STRATEGIES, INC. and HOBERMAN FARMS, LLC, [Filing No. 112](), the Court Dismisses with prejudice all claims between Third Party Defendant & Counter Plaintiff Hoberman Farms, LLC and Third-Party Plaintiff & Counter Defendant Agri Strategies, Inc, in the above styled action.

  **IT IS SO ORDERED.**

Dated this 13th day of March, 2018.

                ___s/ Joseph F. Bataillon_____
                Joseph F. Bataillon
                Senior United States District Judge