IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPRING MEADOW FARM OF JOHNSTON COUNTY, INC., a North Carolina corporation, WHITLEY STEPHENSON and JANET STEPHENSON, individuals, d/b/a SANDY RIDGE PORK, | ) ) ) ) ) ) | Civil Action No: 8:17-cv-54 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AGRI STRATEGIES, INC. a Nebraska corporation, and JEFFREY CARL RAMOLD, an individual, | ) ) ) | **ORDER** |
| Defendants, | ) ) | |
| and | ) ) | |
| AGRI STRATEGIES, INC. a Nebraska corporation, | ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| NGP, LLC, an Iowa limited liability company, and HOBERMAN FARMS, L.L.C., an Iowa limited liability company, | ) ) ) ) | |
| Third Party Defendants. | ) | |

This matter is before the Court on the Stipulation to Dismiss all claims as between Third Party Plaintiff Agri Strategies and Third Party Defendant NGP, LLC. Pursuant to that Stipulation [Filing No. 114], those claims will be dismissed with prejudice. With that, there are no further claims in this case to be resolved, and the case will be dismissed.

**IT IS ORDERED:**

1.     All claims between Agri Strategies, Inc. and NGP, LLC are dismissed with prejudice.

2.     This case is dismissed.


Dated this 15th day of March, 2018.

BY THE COURT:


___s/ Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge


Prepared and Submitted By:

David J. Skalka, #21537
CROKER, HUCK, KASHER, DeWITT,
 ANDERSON & GONDERINGER, L.L.C.
2120 South 72nd Street, Suite 1200
Omaha, Nebraska  68124
(402) 391-6777
dskalka@crokerlaw.com
Attorneys for Third Party Plaintiff


17cv54order of dismissal.docx